**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stonney Biddings,<br><br>        Plaintiff,<br><br>v.<br><br>Eric Frias, et al.,<br><br>        Defendants. | No. CV-20-00037-TUC-RM<br><br>**ORDER** |

    Pending before the Court is the parties' Joint Motion to Amend Scheduling Order. (Doc. 64.) The parties jointly move to amend the existing Scheduling Order to reflect a revised timeline if the parties are unable to reach settlement at the conference set for August 18, 2021 before Magistrate Judge Bruce G. Macdonald. (*Id.*) Specifically, the parties request that, if the matter does not settle, Plaintiff be permitted thirty days thereafter to amend his pleadings. (*Id.*) The parties additionally request that if Defendant's pending dispositive motion is denied in whole or in part, that they be permitted an additional sixty days to complete discovery including Plaintiff's deposition and IME and expert depositions. (*Id.*) The parties propose these changes because Plaintiff has not yet been deposed or medically examined. (*Id.*) The parties agree that Plaintiff's recent transfer from Pima County to State custody will facilitate the scheduling of his deposition and IME. (*Id.*) However, the parties wish to schedule the deposition and IME

after the upcoming settlement conference and aver that it will not affect the ability of this matter to settle. (*Id.*) Additionally, in support of their request to extend discovery by sixty days, the parties indicate that the remaining discovery in this matter will be expensive and will be unnecessary if Defendants' dispositive motion is granted. (*Id.*)

Good cause appearing,

**IT IS ORDERED** that the parties' Joint Motion to Amend Scheduling Order (Doc. 64) is **granted**. The May 18, 2021 Scheduling Order (Doc. 52) is **amended** as follows:

(1) Plaintiff shall have **thirty (30) days** following the August 18, 2021 settlement conference to amend his pleadings.

(2) The parties shall have **sixty (60) days** following the resolution of Defendants' pending motion for summary judgment (Doc. 30) to complete discovery.

(3) A Joint Proposed Pretrial Order shall be filed **thirty (30) days** after completion of discovery.

Dated this 16th day of August, 2021.

Honorable Rosemary Márquez
United States District Judge